UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

RALPH E. & GERALDINE R. HARMON,          Case No. 09-20404

                                                               Chapter 7 Proceeding
                 Debtor(s).                    Hon. Daniel S. Opperman
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN U.S. REGISTRY

       NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $110.60 for deposit in the U.S. Registry as evidenced by the attached check number 3001, made payable to U.S. Bankruptcy Court.

       The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds/ Under $10 or Unclaimed from the Interim Distribution on or about July 14, 2010, on behalf of the following creditors:

| | | |
|---|---|---|
| 6 | Alltel | $110.60 |
| | | _____ |
| | TOTAL | $110.60 |

DATED: December 7, 2010

                                             /s/ Randall L. Frank
                                             _____
                                             Randall L. Frank (P33189)
                                             Chapter 7 Trustee
                                             310 Davidson Building
                                             P.O. Box 2220
                                             Bay City, Michigan 48707
                                             Telephone: (989) 893-2461
                                             randall.frank@gmail.com